**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MARISCAL, et al., | Case No. ED CV 19-2023-DMG (SHKx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| FLAGSTAR BANK, FSB, | |
| Defendant. | |

1     This Court having granted Defendant Flagstar Bank, FSB's Motion to Dismiss by Order dated September 9, 2021,

    IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiffs Arthur Mariscal and Catherine Mariscal, whose action is dismissed with prejudice on the merits.

DATED: September 9, 2021

                                                _____
                                                DOLLY M. GEE
                                                UNITED STATES DISTRICT JUDGE